UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANTONIO MARTIN-GONZALEZ<br><br>      Defendant. | CASE NO. 09CR1875-L<br><br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of:_ as charged in the Information._

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 06/23309

              /s/ Ruben Brooks
              RUBEN B. BROOKS
              UNITED STATES DISTRICT JUDGE


              ENTERED ON _____